**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 297-4903**

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | **UNITED STATES COURT HOUSE**<br>**NEWARK, NJ 07101-0999** |

**LETTER-ORDER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

January 7, 2010

Jack F. Karpf, Esquire
1931 East Route 70
Cherry Hill, New Jersey 08003

Jose Enrique Perez, Esquire
Smith, Sovik, Kendrick & Sugnet, PC
250 So. Clinton St., Suite 600
Syracuse, NY 13202

                                                  Re:  Walter Robinson v.s. Home Depot, Inc.
                                                        Civil Action No. 06-935   (MLC)

Dear Counsel:

      ANGELA FOSTER, ESQUIRE is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court.  Your attention is directed to that rule, together with the accompanying Guidelines for Mediation.

      The mediator will contact you shortly to discuss the mediation process.  Within fourteen  (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and <u>ex parte</u> basis, a double-spaced position paper not longer than 10 pages in length.  Pleadings and discovery materials should <u>not</u> be submitted to the mediator unless specifically requested.

      Please remember that counsel and parties are required to participate in the mediation process in good faith.  The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

                                                  **SO ORDERED**

                                                s/ Madeline Cox Arleo
                                                United States Magistrate Judge